NOT FOR PUBLICATION                                             (Docket No. 24)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| VICTOR BOYKO, | |
| Plaintiff, | Civil No. 08-2214 (RBK/JS) |
| v. | **ORDER** |
| AMERICAN INTERNATIONAL GROUP, INC., AMERICAN INTERNATIONAL INSURANCE COMPANY OF NEW JERSEY, INC., CREDIT CONTROL SYSTEMS INC., and AIG MARKETING, INC., | |
| Defendants. | |

THIS MATTER having come before the Court upon Defendant Credit Control Systems, Inc.'s Motion to Dismiss and Motion to Strike (Docket No. 24); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Defendant Credit Control Systems, Inc.'s Motion to Dismiss is **GRANTED**; and it is further

ORDERED that Plaintiff is **GRANTED** leave to amend within 10 days of this Order the Consumer Fraud Act Claim against CCS per the terms of the accompanying Opinion; and it is further

ORDERED that Defendant Credit Control Systems, Inc.'s Motion to Strike is **DENIED**.

1

Dated:  12-23-2009                                                            /s/ Robert B. Kugler
                                                                                             ROBERT B. KUGLER
                                                                                             United States District Judge