<u>**NOT FOR PUBLICATION**</u>  (Doc. No. 117)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| VICTOR BOYKO, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil No. 08-2214 (RBK/JS) |
| v. | : : : | **ORDER** |
| AMERICAN INTERNATIONAL GROUP, INC., AMERICAN INTERNATIONAL INSURANCE COMPANY OF NEW JERSEY, INC., AIG MARKETING, INC. d/b/a 21st CENTURY INSURANCE, and CREDIT CONTROL SERVICES d/b/a, CREDIT COLLECTION SERVICES and C.C.S., | : : : : : : : : : : | |
| Defendants. | : : | |

**THIS MATTER** having come before the Court pursuant to the motion of Defendant Credit Control Services d/b/a, Credit Collection Services and C.C.S. ("CCS") for reconsideration of the Court's Order dated April 26, 2012 and for entry of summary judgment in favor of CCS (Doc. No. 117); and the Court having considered the parties' submissions;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court GRANTS in part and DENIES in part CCS's Motion for Reconsideration (Doc. No. 117); and

**IT IS HEREBY FURTHER ORDERED** that the portion of the Order dated April 26, 2012 (Doc. No. 116) granting summary judgment in favor of Plaintiff Victor Boyko ("Plaintiff")

on Plaintiff's claims under section 1692e(14) of the Fair Debt Collection Practices Act ("FDCPA") is VACATED; and

**IT IS HEREBY FURTHER ORDERED** that the Court DENIES both Plaintiff's and CCS's cross-motions for summary judgment (Docs. Nos. 74 & 75) on the issue of CCS's liability under section 1692e(14) of the FDCPA.


Date:  6/12/12                                              /s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge